IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:05cv896-T |
| Factory Connection ,LLC, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta Penn McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 26th day of September, 2005.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE