IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:05cv0896-MHT |
| Factory Connection, LLC, | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 2) dated September 26, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE