IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ] ] ] Plaintiff, ] ] ] vs. ] ] FACTORY CONNECTION, LLC ] ] Defendant. ] ] | CIVIL ACTION # l:05-CV-896-WKW-VPM |

## EX PARTE MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL OF RECORD

Plaintiff, Equal Employment Opportunity Commission (EEOC), moves the Court to permit substitution of counsel C. Emanuel Smith, Regional Attorney, in place of Charles E. Guerrier in this proceeding and allow withdrawal of Charles E. Guerrier as counsel of record for the Commission on the grounds that as a result of changes in management and assignments C. Emanuel Smith has replaced Charles E. Guerrier in the Regional Attorney position in the Commission's Birmingham District Office. All other counsel of record for the Commission are to remain.

Substitution of counsel will not result in any delay of this proceeding and will not prejudice the rights of any party. A proposed order is attached as exhibit "A"

Plaintiff, Equal Employment Opportunity Commission, therefore, moves the Court to enter an Order substituting counsel of record for the Commission as set forth herein.

        Respectfully submitted,

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 "L" Street, Northwest
        Washington, DC  20507

        s/ C. Emanuel Smith
        C. EMANUEL SMITH (MS 7473)
        Regional Attorney

        MILDRED BYRD (LA 03741)
        Supervisory Trial Attorney

        s/ Charles E. Guerrier
        CHARLES E. GUERRIER (OH 0023546)
        Senior Trial Attorney

        s/ J. Mark Graham
        J. MARK GRAHAM (LA 06216)
        Senior Trial Attorney

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Birmingham District Office
        Ridge Park Place, Suite 2000
        1130 22nd Street South
        Birmingham, AL 35205
        Telephone: (205) 212-2054
        Fax: (205) 212-2041
        E-mail: john.graham@eeoc.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Brian R. Bostick
Gordon L. Blair
Ogletree, Deakins, Nash,
Smoak & Stewart, P. C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35203

       Respectfully submitted,

       s/ J. Mark Graham
       J. MARK GRAHAM (LA 06216)
       Senior Trial Attorney

       EQUAL EMPLOYMENT OPPORTUNITY
       COMMISSION
       Birmingham District Office
       Ridge Park Place, Suite 2000
       1130 22nd Street South
       Birmingham, AL 35205
       Telephone: (205) 212-2054
       E-mail: john.graham@eeoc.gov