**EXHIBIT "A"**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ]<br>]<br>**Plaintiff,** ]<br>] | **CIVIL ACTION #**<br>**1:05-CV-896-WKW-VPM** |
| **vs.** ] | |
| ] | |
| **FACTORY CONNECTION, LLC** ] | |
| ] | |
| **Defendant.** ] | |

**ORDER ALLOWING SUBSTITUTION OF COUNSELOF RECORD**

The Court finds that good cause exists to allow substitution of counsel in this case and hereby orders that C. Emanuel Smith, Regional Attorney, be substituted as counsel of record for the Equal Employment Opportunity Commission in place of Charles E. Guerrier in this proceeding and that Charles E. Guerrier be withdrawn as counsel of record for the Commission. All other counsel of record for the Commission are to remain.

ORDERED this _____ day of April, 2006.

_____
United States District Judge