IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.1:05-cv-896-WKW |
| ) | |
| FACTORY CONNECTION, LLC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Substitute and Withdraw as Counsel of Record (doc. #9) filed on April 5, 2006, it is hereby

ORDERED that C. Emanuel Smith, Regional Attorney, be substituted as counsel of record for the Equal Employment Opportunity Commission and that Charles E. Guerrier be withdrawn as counsel of record for the Commission.

DONE this day 6th of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE