## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION,**

    **Plaintiff,**

**v.**                                      **Case No.: l:05-CV-896-WKW-VPM**

**FACTORY CONNECTION, LLC,**

    **Defendant.**

## JOINT MOTION TO ENTER CONSENT DECREE

The parties hereby agree and stipulate to the terms of the attached Consent Decree (Attachment A) and jointly move this Court for an Order entering said Consent Decree.

                             Respectfully submitted,

On behalf of the Plaintiff Equal Employment Opportunity Commission:


s/ C. Emanuel Smith
C. EMANUEL SMITH (MS 7473)
Regional Attorney


s/ Mildred Byrd
MILDRED BYRD (LA 03741)
Supervisory Trial Attorney

s/ J. Mark Graham
J. MARK GRAHAM (LA 06216)
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 212-2054

On behalf of the Defendant Factory Connection, LLC:

s/Brian R. Bostick
Brian R. Bostick (BOS015)
Ogletree, Deakins, Nash, Smoak
& Stewart, P. C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL  35203
brian.bostick@ogletreedeakins.com
Ph.  (205) 328-1900