IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                              )
                    Plaintiff,          )    Case No. l:05-CV-896-WKW
                                              )            (WO)
vs.                                        )
                                              )
FACTORY CONNECTION, LLC       )
                                              )
                    Defendant.        )

## <u>ORDER</u>

This case is before the court on the parties' Joint Motion to Enter Consent Decree (Doc. #11).  Upon careful consideration, the court finds that the proposed Consent Decree, executed by both parties and attached to the Joint Motion to Enter Consent Decree, is not unconstitutional or illegal, is reasonable under the facts of this case, and is consistent with the objectives of Congress and with public policy.  Accordingly, it is ORDERED that the motion (Doc. #11) is GRANTED.

The consent decree will be entered.

DONE this the 13th day of November, 2006.

            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE