IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ] ] ] Plaintiff, ] ] vs. ] ] FACTORY CONNECTION, LLC ] ] Defendant. ] ] | CIVIL ACTION # l: 05-CV-896-WKW |

## JOINT MOTION TO DISMISS

In accord with the Consent Decree entered on the 13th day of November, 2006, the parties jointly move this Court to enter the attached Order of Dismissal (Attachment A.)

Respectfully submitted,

On behalf of the Plaintiff Equal Employment Opportunity Commission:

RONALD COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, Northwest
Washington, DC  20507


s/ C. Emanuel Smith
C. EMANUEL SMITH (MS 7473)
Regional Attorney

        s/ Mildred Byrd
        MILDRED BYRD (LA 03741)
        Supervisory Trial Attorney


        s/ J. Mark Graham
        J. MARK GRAHAM (LA 06216)
        Senior Trial Attorney

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Birmingham District Office
        Ridge Park Place, Suite 2000
        1130 22nd Street South
        Birmingham, AL 35205
        Telephone: (205) 212-2054

On behalf of the Defendant Factory Connection, LLC


        s/ Brian R. Bostick
        BRIAN R. BOSTICK (BOS015)
        Ogletree, Deakins, Nash, Smoak
        & Stewart, P. C.
        One Federal Place
        1819 Fifth Avenue North, Suite 1000
        Birmingham, AL 35203
        Telephone: (205) 328-1900