Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ] ] ] | |
| Plaintiff, | ] ] | CIVIL ACTION # 1: 05-CV-896-WKW |
| vs. | ] ] | |
| FACTORY CONNECTION, LLC | ] ] | |
| Defendant. | ] ] | |

**ORDER OF DISMISSAL**

On joint motion of the parties it is

ORDERED that, subject to the Consent Decree entered on the 13th day of November, 2006, the captioned action is DISMISSED, with prejudice with each party to pay their own costs and fees.

ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE