IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) Case No. l:05-CV-896-WKW ) (WO) |
| vs. | ) ) |
| FACTORY CONNECTION, LLC | ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

Upon consideration of the Joint Motion to Dismiss (Doc. # 14-1) filed by the parties on November 13, 2006 it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Each party will bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of November, 2006.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE